**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NEERAJ KUMAR**,<br>*Petitioner*,<br>v.<br>**MARKWAYNE MULLIN**, *et al.*,<br>*Respondents.* | **Case No. 2:26-cv-07764-JDW** |

**ORDER**

**AND NOW**, this 15th day of October, 2026, upon consideration of Petitioner Neeraj Kumar's Petition For Writ Of Habeas Corpus (ECF No. 1), and the Government's Answer (ECF No. 5), and for substantially the same reasons stated in Sections III.B and III.C of my Memorandum And Opinion issued in *Basboga v. Jamison*, *et al.* (2:26-cv-06694-JDW) (ECF No. 10), it is **ORDERED** as follows:

1. Mr. Kumar's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. The Government shall **RELEASE** Mr. Kumar from custody immediately and certify compliance with my Memorandum Opinion and Order by filing on the docket no later than 5:00 p.m. ET on October 16, 2026;

3. If the Government chooses to pursue re-detention of Mr. Kumar pursuant to 8 U.S.C. § 1226(a), it must provide him with an individualized custody determination.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

JOSHUA D. WOLSON, J.